IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**JEDENE R. ROOKS,**

**Defendant.**　　　　　　　　　　　　　　　**No. 92-30165-DRH**

### MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

　　Now before the Court is Rook's motion for copy of docket sheet (Doc. 155). Based on the following, the Court denies the motion.

　　In order to obtain documents free of charge Rooks must demonstrate: (1) that he has exhausted *all* means of access to his files (*i.e.* through his trial and appellate counsel), (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for the preparation of some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977). Bald allegations that he needs the documents will not do. Moreover, case law indicates that Rooks must first file the 2255 action in order to obtain the documents. *See United States v. Horvath*, 157 F.3d 131, 132-33 (2nd Cir. 1998)(collecting

cases).

Accordingly, the Court **DENIES** Rook's motion for docket sheet (Doc. 155).

**IT IS SO ORDERED.**

Signed this 25th day of July, 2012.

David R. Herndon
2012.07.25
17:32:30 -05'00'

**Chief Judge**
**United States District Court**